

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ERNESTO SOTO, | § | |
| | | No. 08-14-00262-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 327th District Court |
| GEORGE YAPOR, | § | |
| | | of El Paso County, Texas |
| Appellee. | § | |
| | | (TC# 2012-DCV05685) |
| | § | |

## MEMORANDUM OPINION

Pending before the Court is a motion filed by Appellant, Ernesto Soto, to dismiss the appeal pursuant to Tex.R.App.P. 42.1(a)(1) because the dispute between the parties has been resolved. We grant the motion and dismiss the appeal. Costs of the appeal are taxed against Appellant. *See* Tex.R.App.P. 42.1(d)("Absent agreement of the parties, the court will tax costs against the appellant.").


STEVEN L. HUGHES, Justice

February 18, 2015

Before McClure, C.J., Rodriguez, and Hughes, JJ.